UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CASE NO. 5:14-MJ-14-CHW |
| | : |
| v. | : Violation: 50 U.S.C. §797 & 18 U.S.C. §§ 7, 13 |
| | : i/c/w O.C.G.A. § 40-6-10 |
| ROBERT JACKSON | : |
| | : |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE
### (Possession of a Firearm)

That on or about December 4, 2013, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as Robins Air Force Base, Georgia, and located within the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of the Court, **ROBERT JACKSON**, did willfully violate a base security regulation by unlawfully transporting a firearm onto the installation, in violation of Title 50 of the United States Code, Section 797.

## COUNT TWO

### (DRIVING A VEHICLE WITHOUT VALID INSURANCE)

That on or about December 4, 2013, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as Robins Air Force Base, Georgia, and located within the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of the Court, **ROBERT JACKSON**, did unlawfully operate a motor vehicle without valid minimum motor vehicle liability insurance, in violation of Title 18 of the United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 40-6-10.

MICHAEL J. MOORE
UNITED STATES ATTORNEY

BY: _____
VINCENT D. ROMANO
New York Bar Registration Number B10069329
New Jersey Bar Number 042462011
Special Assistant U.S. Attorney
United States Attorney's Office
Middle District of Georgia
215 Page Road, Suite 186
Robins AFB, Georgia 31098
Telephone: (478) 222-0551